IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JERMARCO HICKS
by and through his next friend Abdul
Halim Amir Wakil,

   Petitioner,

    v.

WILLIAM TERRY,

   Respondent.

CIVIL ACTION FILE
NO. 1:07-CV-1112-TWT

## ORDER

This is a pro se habeas corpus action in which the Petitioner seeks to challenge his 1992 conviction resulting from his guilty plea to murder and armed robbery. It is before the Court on the Report and Recommendation [Doc. 8] of the Magistrate Judge recommending dismissing the Petition as untimely. The Petitioner's Objections are without merit. The Petitioner is not excused from the one year limitations period of 28 U. S. C. § 2244(d)(1) for the reasons set forth in the Report and Recommendation. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

T:\ORDERS\07\Hicks\r&r.wpd

SO ORDERED, this 20 day of February, 2008.

        /s/Thomas W. Thrash
        THOMAS W. THRASH, JR.
        United States District Judge